Alexander SHUKH, Plaintiff–Appellant

v.

SEAGATE TECHNOLOGY, LLC, Seagate Technology, Inc., Seagate Technology, Defendants–Appellees.

Unknown Owners and Assignees, Defendant.

Seagate Technology PLC, Defendant–Appellee.

No. 2015–1012.

United States Court of Appeals, Federal Circuit.

Oct. 2, 2015.

Constantine John Gekas, Gekas Law Ltd., Chicago, IL, argued for plaintiff-appellant.

Chad Drown, Faegre Baker Daniels LLP, Minneapolis, MN, argued for defendants-appellees. Also represented by David J.F. Gross, Charles Feeney Knapp, Elizabeth Cowan Wright, Aaron D. Van

Oort; Calvin L. Litsey, East Palo Alto, CA.

Before MOORE, WALLACH, and TARANTO, Circuit Judges.

PER CURIAM.

In light of our holding in *Shukh v. Seagate Technology, LLC,* Case No. 14–1406, vacating and remanding in part the district court's judgment on the merits against Alexander Shukh, we vacate and remand the district court's costs judgment.

VACATED AND REMANDED

COSTS

No costs.